**Robert G. Dwen, appellee, v. W. B. Mundie and E. C. Jensen, appellants.    Gen. No. 29,854.**

Suit for partnership accounting.    Decree for complainant.    Appeal

from the Superior Court of Cook county; the Hon. Oscar Hebel, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1924. Affirmed. Opinion filed June 22, 1925.

Loesch, Scofield, Loesch & Richards, for appellants. E. A. Munger and Milton O. Naramore, for appellee.

Mr. Justice Matchett delivered the opinion of the court.